IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DAVID RAY EVANS, ADC #109126                                              PLAINTIFF

v.                              1:06CV00065JMM/HLJ

JOHN MAPLES, et al.                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this   11   day of   December  , 2006.

_____
United States District Judge